IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LUIS HERRERA,

    Defendant.
                              /

No. CR 08-0730 WHA

**ORDER APPOINTING LEARNED COUNSEL**

    Attorney James Thomson is hereby **APPOINTED** as learned counsel for defendant Luis Herrera in this case. Second counsel will be appointed when identified and, meanwhile, Attorney Thomson must fulfill both roles. If the government elects not to authorize the death penalty, then the need for two counsel will be re-visited, as will be the hourly rate.

    **IT IS SO ORDERED.**

Dated: October 27, 2009.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE