JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, CA 94710
(510) 525-9123

Attorney for Defendant LUIS HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-CV-00730-WHA |
| ) | |
| Plaintiff, ) | **DEFENDANT LUIS HERRERA'S** |
| ) | **APPLICATION AND ORDER FOR** |
| v. ) | **RELEASE OF SEALED** |
| ) | **PROCEEDINGS TO DEFENDANT** |
| LUIS HERRERA, et al., ) | **LUIS HERRERA'S COUNSEL** |
| ) | |
| Defendants. ) | |
| ) | |

  Defendant, Luis Herrera hereby requests that this Court order the Court Reporter to release to his attorney, James Thomson, the sealed transcript of the October 16, 2009 in camera hearing regarding the appointment of counsel held in the above-captioned case.

  In order for counsel for Mr. Herrera to submit a transcript request to the Clerk of the Court, the Court must order the release of the transcripts.

  Mr. Herrera is entitled to a full record of all proceedings in this case in order to prepare for his trial. Further, counsel for Mr. Herrera was present at the hearing, and thus was privy to all confidential matters discussed therein.

//

//

//

1  Accordingly, counsel requests that this Court direct the Court Reporter to prepare
2  and release to James Thomson the transcript of the complete sealed proceedings, held on
3  October 16, 2009 in the above-captioned case.  But counsel may not share contents with
4  anyone other than the CJA Committee (under seal) and under-seal filings herein.

5  Dated: March 31, 2010                                    Respectfully submitted,

6                                                           /s/ James Thomson

7                                                           JAMES S THOMSON

8  IT IS SO ORDERED

9  DATED : __April 7, 2010._____

   _____
   WILLIAM H. ALSUP
   United States District Judge



2