IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 08-0730 WHA |
| v. | |
| LUIS HERRERA, *et al.*, | **ORDER DENYING JOINDERS ON BEHALF OF LUIS HERRERA** |
| Defendants. / | |

    Defendant Luis Herrera has filed a proposed order of joinder "to join in the authorities and arguments" set forth in 162 earlier submissions in this action which he identifies only by docket number. He does not explain, however, how each of these 162 submissions applies to his own circumstances or the charges against him. His proposed order is therefore **DENIED WITHOUT PREJUDICE** to his bringing a motion which offers such an explanation for each of the 162 submissions in which he wishes to join.

**IT IS SO ORDERED.**

Dated: July 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE