1  JAMES S. THOMSON
   California Bar No. 79658
2  Attorney and Counselor at Law
   819 Delaware St.
3  Berkeley, California 94710
   (510) 525-9123
4

5  JOSH A. COHEN
   California Bar No. 217853
6  633 Battery St., Suite 110
   San Francisco, California  94111
7  (415) 693-9173
   josh@cohenlawsf.com
8

9  Attorneys for Defendant LUIS HERRERA

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,           | CASE NO. CR-08-0730 WHA
16 |         Plaintiff,                  | **STIPULATION AND [PROPOSED]
17 |    v.                               | ORDER CONTINUING DEADLINE FOR
                                          COMPLIANCE BY SOUTH SAN
18 | IVAN CERNA et al.,                  | FRANCISCO POLICE DEPARTMENT
                                          WITH RULE 17(c) SUBPOENA FOR
19 |         Defendants.                 | *HENTHORN* MATERIALS**

20

21

22                         **STIPULATION**

23     WHEREAS defendant Luis Herrera filed on May 25, 2010 an *ex parte* application for the

24 issuance of a Rule 17(c) subpoena to the South San Francisco Police Department seeking

25 personnel records and other *Henthorn* materials relating to law enforcement officers included on

26 the government's preliminary witness list (Doc #1770);

27

28

1  WHEREAS the Court granted Mr. Herrera's application on July 6, 2010 and ordered that any responsive documents be produced to the Court no later than 28 days after service of the subpoena (Doc #1892);

WHEREAS the subpoena was served pursuant to the Court's order on the South San Francisco Police Department on July 12, 2010;

WHEREAS the subpoena calls for the production of personnel records and other *Henthorn* materials relating to 28 law enforcement officers currently or formerly employed by South San Francisco Police Department;

WHEREAS the South San Francisco Police Department seeks to modify the order, in part, on the grounds that compliance would be unreasonable or oppressive and, barring that, seeks additional time to respond to the subpoena;

WHEREAS the trial date has been continued to March 7, 2011;

WHEREAS Mr. Herrera does not object to a continuance of the deadline for compliance with the subpoena by the South San Francisco Police Department;

WHEREAS any continuance of the deadline for compliance should not prejudice any right the South San Francisco Police Department may have to move to quash, modify, or otherwise object to the subpoena;

IT IS HEREBY AGREED AND STIPULATED that the deadline for compliance by the South San Francisco Police Department with the subpoena served on July 12, 2010 shall be extended to September 7, 2010. It is further AGREED AND STIPULATED that the South San Francisco Police Department shall reserve the right to move to quash, modify, or otherwise object to the subpoena at any time prior to the deadline for compliance.

IT IS SO STIPULATED.

DATED: July 29, 2010

/s/
JAMES S. THOMSON
JOSH A. COHEN
Attorneys for LUIS HERRERA

DATED: July 29, 2010                    /s/
                                        MEYERS, NAVE, RIBACK, SILVER & WILSON
                                        Kimberly Drake, Esq.
                                        Attorneys for the South San Francisco Police
                                        Department

**ORDER**

By stipulation, and for good cause shown, it is hereby ordered that the South San Francisco Police Department shall have until September 7, 2010 to comply with the subpoena for personnel records and other *Henthorn* materials that was served by defendant Luis Herrera on July 12, 2010. It is further ordered that the South San Francisco Police Department shall retain all rights to move to quash, modify, or otherwise object to the subpoena prior to September 7, 2010.

IT IS SO ORDERED.

DATED: __August 2____, 2010          _____
                                      WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT JUDGE