United States **District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

  v.

LUIS HERRERA, *et al*.,

         Defendants.

                           /

No. CR 08-0730 WHA

**ORDER RE DEFENDANT
LUIS HERRERA'S UNOPPOSED
SUPPRESSION MOTION**

Any response by the government to defendant Luis Herrera's motion to suppress was due by **NOVEMBER 12** at **NOON** (Dkt. Nos. 2285, 2418). To date, the government has not filed a response. The government must advise the undersigned by **NOON TOMORROW** whether it opposes the motion. If it does, it must submit any such opposition by that same time and show cause as to why the tardy submission should be considered.

If the government does oppose the motion, defendant Herrera will have until **NOVEMBER 29** at **NOON** to file a reply.

**IT IS SO ORDERED.**

Dated: November 18, 2010.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE