<strong>United States District Court</strong><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT LUIS HERRERA'S MOTION TO RETAIN LEAD COUNSEL JAMES THOMSON AND SETTING NOVEMBER 23 HEARING** |
| LUIS HERRERA, *et al*., | |
| Defendants. / | |

Defendant Luis Herrera has filed a public motion to retain Attorney James Thomson as lead counsel (Dkt. No. 2558). An open court hearing on the motion will be held on **TUESDAY, NOVEMBER 23** at **2 P.M.** Mr. Herrera shall be present at the hearing. Any response by the government is due by **MONDAY, NOVEMBER 22** at **NOON**.

If Attorney Thomson meets with Mr. Herrera prior to the proceeding, Attorney Josh Cohen must be present.

**IT IS SO ORDERED.**

Dated: November 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE