IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE NOVEMBER 23 HEARING RE DEFENDANT LUIS HERRERA'S MOTION TO RETAIN ATTORNEY JAMES THOMSON** |
| LUIS HERRERA, *et al.*, | |
| Defendants. | |

Defendant Luis Herrera has publicly filed (rather than through CJA auspices) a motion to retain Attorney James Thomson (Dkt. No. 2558). A hearing on the motion has been set for **TUESDAY, NOVEMBER 23** at **2 P.M.** (Dkt. No. 2621)

At the outset of the hearing, counsel and the undersigned must determine the ground rules for the hearing. As such, counsel must be prepared to address whether or not the government should be able to cross-examine Mr. Herrera at the hearing regarding his sworn declaration publicly filed by Attorney Thomson (Dkt. No. 2558-1).

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE