UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA et al.,<br><br>Defendants. | CASE NO. CR-08-0730 WHA<br><br>[PROPOSED] ORDER DIRECTING DALY CITY POLICE DEPARTMENT TO PRODUCE SUBPOENAED DOCUMENTS OR SHOW CAUSE WHY CONTEMPT SANCTIONS SHOULD NOT BE IMPOSED |

Having considered defendant Luis Herrera's Motion to Compel Production By Daly City Police Department of Subpoenaed Documents and the accompanying declaration of counsel, and for good cause shown, the Court hereby GRANTS Mr. Herrera's motion and ORDERS as follows:

April 6, 2011 @ 7:30 a.m.

On or before ~~April 4, 2011~~, the Daly City Police Department shall produce to the Court any and all documents responsive to Mr. Herrera's subpoena and this Court's order dated February 16, 2011, or else show cause why contempt sanctions should not be imposed.

IT IS SO ORDERED.

DATED: March 30, 2011.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Case No. CR-08-0730 WHA