Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorney for Defendant
LUIS HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-08-0730 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE RESTITUTION** |
| v. | |
| LUIS HERRERA, | |
| Defendant. | |

## STIPULATION

On January 24, 2012, defendant Luis Herrera was sentenced to 35 years in federal prison for the crimes to which he pled guilty. At Mr. Herrera's sentencing hearing, the Court deferred until February 14, 2012 the determination of any restitution amount that Mr. Herrera might be ordered to pay.

Government counsel and counsel for Mr. Herrera have met and conferred concerning the issue of restitution. As a result of these discussions, the parties have agreed, and hereby stipulate, that no restitution order should be entered against Mr. Herrera. Accordingly, the parties further agree and stipulate that the Amended Judgment issued by the Court on February 6, 2012 should become the final Judgment as to Mr. Herrera, and that Mr. Herrera should be excused from attending the restitution hearing on February 14, 2012.

Nothing set forth herein shall constrain the government from seeking restitution for the victims from other responsible defendants.

IT IS SO STIPULATED.

DATED: February 8, 2012

/s/ Josh A. Cohen
JOSH A. COHEN
Attorney for JOSEPH CAROZZA

DATED: February 8, 2012

/s/ Andrew M. Scoble
ANDREW M. SCOBLE
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that no restitution shall be imposed against defendant Luis Herrera. The Amended Judgment entered against Luis Herrera on February 6, 2012 shall become the final Judgment. Mr. Herrera is excused from attending the restitution hearing scheduled in this matter on February 14, 2012.

IT IS SO ORDERED.

DATED: February 9, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE