IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al.*,

    Defendants.

No. CR 08-00730 WHA

**ORDER TO SHOW CAUSE**

    Defendant Luis Herrera, proceeding *pro se*, has filed a sealed motion to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. Accordingly, the government is **ORDERED TO SHOW CAUSE** within **SIXTY DAYS** why the motion should not be granted, if that is its position, and to then file all portions of the record relevant to the motion. If the government opposes the motion, defendant shall have **THIRTY DAYS** from submission of the opposition to reply. In addition, the Clerk shall serve this order on defendant and the government, and shall also serve a copy of defendant's sealed motion on the government.

    **IT IS SO ORDERED.**

Dated: April 9, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE