IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

  v.

LUIS HERRERA,

    Defendant-Petitioner.

No. CR 08-0730 WHA

**ORDER TO CLERK TO UNSEAL SEPTEMBER 5 ORDER (DKT. NO. 6178)**

On September 5, 2014, the undersigned judge denied *pro se* defendant Luis Herrera's petition for writ of habeas corpus (Dkt. No. 6178). That order was filed under seal, given that the petition itself was filed under seal. Another order went out that day, asking that the government respond as to whether the earlier September 5 order could be unsealed (Dkt. No. 6180).

The government has now done so, stating that "there is nothing in the September 5, 2014[,] Order that requires sealing" (Br. 1). Accordingly, the Clerk is hereby **ORDERED** to unseal the earlier September 5 order (Dkt. No. 6178).

**IT IS SO ORDERED.**

Dated: September 16, 2014.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE