IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS HERRERA,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

                                  /

No. CR 08-00730 WHA

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

        Petitioner Luis Herrera moves *pro se* for reconsideration of the order denying his petition for a writ of habeas corpus. On March 31, 2014, petitioner filed a Section 2255 habeas petition, more than two years after his conviction became final. On September 4, 2014, that motion was denied as time-barred (Dkt. Nos. 6163, 6178). Petitioner has not been granted leave, however, to file such a motion for reconsideration. Pursuant to Civil Local Rule 7–9, which applies to this matter pursuant to Criminal Local Rule 2–1, no party may notice a motion for reconsideration without first obtaining leave of Court to file the motion.

        Moreover, petitioner's arguments do not refute or solve the problems with his Section 2255 motion. The time frame for bringing an action under 28 U.S.C. 2255, other than a claim of actual innocence, is one year after the judgment of conviction becomes final. Petitioner brought his Section 2255 claim over two years after his judgment became final. Petitioner claims his delay in filing his Section 2255 petition was reasonable because he was only allowed access to

the law library for three hours a week at USP Hazelton. This claim does not satisfy the stringent requirements for reconsideration set forth in Civil Local Rule 7–9(b).

Petitioner's motion for reconsideration is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: December 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2